UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN BAUTISTA, an individual<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary, United States Department of Homeland Security; CHRIS MAGNUS, Commissioner, U.S. Customs and Border Protection; and SIDNEY AKI, Director, Field Operations, U.S. Customs Border Protection, San Diego Field Office,<br><br>Defendants. | Case No.: 22-CV-378 JLS (BLM)<br><br>**ORDER (1) DISMISSING CASE; AND (2) DENYING MOTION FOR PRELIMINARY INJUNCTION AS MOOT**<br><br>(ECF No. 6) |

On June 22, 2022, the Court ordered Plaintiff to show cause why he has failed to file proof of service within 90 days after the Complaint was filed as is required under Federal Rule of Civil Procedure 4(m) (ECF No. 7). The Court ordered Plaintiff to file a response to the Order to Show Cause within seven days why this matter should not be dismissed without prejudice for failure timely to effect service. Although more than seven days have elapsed since the Order to Show Cause, Plaintiff has not filed a response.

///

Pursuant to Rule 4(m), "[i]f a defendant is not served within 90 days . . . the court . . . *must* dismiss the action without prejudice against that defendant." Fed. R. Civ. P. 4(m) (emphasis added). As Plaintiff has not filed proof of service or shown good cause for the failure to serve timely, the Court **DISMISSES WITHOUT PREJUDICE** this action. Therefore, the Court **DENIES AS MOOT** Plaintiff's Motion for Preliminary Injunction (ECF No. 6). The Clerk of the Court shall close the file.

**IT IS SO ORDERED.**

Dated: July 1, 2022

Hon. Janis L. Sammartino
United States District Judge